**UNITED STATES DISTRICT COURT**
**GEORGIA NORTHERN DISTRICT COURT**
**ATLANTA DIVISION**

**CASE NO.:**

STEVEN LAMONT MARKOS,

        Plaintiff,

v.

DIRTY SOUTH TOURS, LLC,

        Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff, STEVEN LAMONT MARKOS, by and through his undersigned counsel, brings this Complaint against Defendant, DIRTY SOUTH TOURS, LLC, for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff STEVEN LAMONT MARKOS ("Markos") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Markos's original copyrighted Work of authorship.

2. Markos owns and operates the website, National Park Planner, www.npplan.com. Markos started National Park Planner in 2014 to bring to the public first-hand coverage of the over 400 National Parks that make up America's National Park System, including summaries of the park's amenities and professional photographs of the terrain.

3. Defendant DIRTY SOUTH TOURS, LLC ("DST, LLC") offers tour experiences in Atlanta, Georgia. At all times relevant herein, DST, LLC owned and operated the internet website located at the URL https://www.dirtysouthtours.com/ (the "Website").

4. Markos alleges that Defendant copied his copyrighted Work from the internet in order to advertise, market and promote its business activities. DST, LLC committed the violations alleged in connection with its business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Georgia.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, DST, LLC engaged in infringement in this district, DST, LLC resides in this district, and DST, LLC is subject to personal jurisdiction in this district.

## DEFENDANT

9. Dirty South Tours, LLC is a Georgia Limited Liability Company, with its principal place of business at 2470 Windy Hill Road, Suite 300, Marietta, Georgia, 30067, and can be served by serving its Registered Agent, Jade Maynard, at 2470 Windy Hill Road, Suite 300, Marietta, GA 30067.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2019, Markos created the photograph entitled "MLK 027," which is shown below and referred to herein as the "Work".



11. Markos registered the Work with the Register of Copyrights on June 26, 2019, and was assigned registration number VA 2-159-978. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Markos' Work is protected by copyright but was not otherwise confidential, proprietary, or trade secrets. The Work in perspective, orientation, positioning, lighting, and other details is entirely original, distinctive, and unique. As such, the Work qualifies as subject matter protectable under the Copyright Act.

13. At all relevant times Markos was the owner of the copyrighted Work.

## INFRINGEMENT BY DST, LLC

14. DST, LLC has never been licensed to use the Work for any purpose.

15. On a date after the Work was created, but prior to the filing of this action, DST, LLC copied the Work.

16. On or about September 21, 2023, Markos discovered the unauthorized use of his Work on the Website at the URL https://www.dirtysouthtours.com/welcome-to-atlanta-tour.

17. DST, LLC copied Markos' Work without permission or authority.

18. After DST, LLC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its tour and event services.

19. DST, LLC copied and distributed Markos' copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

20. DST, LLC committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

21. Markos never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

22. Markos notified DST, LLC of the allegations set forth herein on December 5, 2023 and December 28, 2023. To date, the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Markos incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Markos owns a valid copyright in the Work at issue in this case.

25. Markos registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. DST, LLC copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Markos's authorization in violation of 17 U.S.C. § 501.

27. DST, LLC performed the acts alleged in the course and scope of its business activities.

28. Defendant's acts were willful.

29. Markos has been damaged.

30. The harm caused to Markos has been irreparable.

**WHEREFORE**, the Plaintiff STEVEN LAMONT MARKOS prays for judgment against the Defendant DIRTY SOUTH TOURS, LLC that:

    a.    DST, LLC and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b.    DST, LLC be required to pay Markos his actual damages and Defendant's profits attributable to the infringement, or, at Markos's election, statutory damages, as provided in 17 U.S.C. § 504;

    c.    Markos be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d.    Markos be awarded pre- and post-judgment interest; and

    e.    Markos be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Markos hereby demands a trial by jury of all issues so triable.

Dated: May 10, 2024                            Respectfully submitted,

                                          */s/ Faith D. Beckworth*
                                          FAITH D. BECKWORTH
                                          Bar Number: 637002
                                          faith.beckworth@sriplaw.com

                                          **SRIPLAW, P. A.**
                                          3355 Lenox Rd. NE
                                          Suite 750
                                          Atlanta, GA 30326
                                          470.200.0168 – Telephone

561.404.4353 – Facsimile

*Counsel for Plaintiff Steven LaMont Markos*